IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN BALLARD,

      Petitioner,           No. CIV S-12-0219 GGH P

  vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

      Respondent.          <u>ORDER</u>
_____/

SHAWN BALLARD,

      Petitioner,           No. CIV S-12-0220 GGH P

  vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

      Respondent.          <u>ORDER</u>
_____/

SHAWN BALLARD,

      Petitioner,           No. CIV S-12-0221 GGH P

  vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

      Respondent.          <u>ORDER</u>
_____/

In his original petition, No. CIV S-11-2107 GGH P, petitioner challenged the loss of credits while incarcerated. However, petitioner challenged four separate and distinct disciplinary hearings in one federal habeas petition, one that occurred as far back as 1997. On January 27, 2012, the court ordered that three news cases be opened, one for each incident, and the original case proceed on the fourth incident. For reasons stated in that order, each petition was dismissed and petitioner was granted leave to file an amended petition for each case within 28 days.

In each of the four cases, petitioner requested a 30 day extension to file an amended petition. On February 15, 2012, in all four cases, the court granted petitioner a 30 day extension. However, petitioner only filed an amended petition in one of the cases, No. CIV S-11-2107 GGH P. In the three other cases No. CIV S-12-0219 GGH P, No. CIV S-12-0220 GGH P, No. CIV S-12-0221 GGH P, petitioner has not filed an amended petition or otherwise communicated with the court. All three of these cases are before the undersigned pursuant to petitioner's consent.

Accordingly, IT IS HEREBY ORDERED that:

1. Each action, No. CIV S-12-0219 GGH P, No. CIV S-12-0220 GGH P, No. CIV S-12-0221 GGH P, are dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

2. A certificate of appealability shall not be issued for any of the actions.

DATED: April 24, 2012

                      /s/ Gregory G. Hollows
               UNITED STATES MAGISTRATE JUDGE

GGH: AB
ballard.dis